UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---

JAHRON BLACK on behalf of himself
and all others similarly situated,

          Plaintiffs,

-against-

BEACON'S CLOSET, INC.

          Defendant.

Case No.  1:23-cv-4938

**NOTICE OF VOLUNTARY**
**DISMISSAL**
**WITH PREJUDICE**

---

**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without costs, or disbursements, or attorneys' fees to any party.

Dated:    Hicksville, New York
              November 27, 2023

Respectfully Submitted,

/s/ Mars Khaimov

By:  Mars Khaimov, Esq.
      100 Duffy Avenue, Suite 510
      Hicksville, New York 11801
      Tel (929) 324-0717
      Fax (929) 333-7774
      Email: mars@khaimovlaw.com

So Ordered.

  s/NGG, USDJ
Hon. Nicholas G. Garaufis
Date: 2/14/24

*Attorney for Plaintiff*